PENNSYLVANIA STATE
POLICE, Petitioner,

v.

PENNSYLVANIA STATE TROOPERS'
ASSOCIATION (Trooper Rodney
Smith), Respondent.

Supreme Court of Pennsylvania.

March 31, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of March, 1998, the Petition for Allowance of Appeal is GRANTED. The Motion to Consolidate this Petition for Allowance of Appeal with *Pennsylvania State Police v. Pennsylvania State Troopers' Association (Trooper Robert K. Johnson)*, No. 646 M.D. Alloc. Dkt. 1997, —— Pa. ——, 708 A.2d 805 (1998) is also GRANTED.